**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-8522**

---

LEONARD RICKY KELLY,

Plaintiff - Appellant,

versus

FRANKLIN FREEMAN; TOM MARTIN; ONE UNKNOWN
DEFENDANT,

Defendants - Appellees.

---

**No. 96-6101**

---

LEONARD RICKY KELLY,

Plaintiff - Appellant,

versus

FRANKLIN FREEMAN; TOM MARTIN; ONE UNKNOWN
DEFENDANT,

Defendants - Appellees.

---

Appeals from the United States District Court for the Eastern
District of North Carolina, at Raleigh. W. Earl Britt, District
Judge. (CA-95-816)

---

Submitted: March 21, 1996          Decided: April 16, 1996

---

Before NIEMEYER and MICHAEL, Circuit Judges, and BUTZNER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Leonard Ricky Kelly, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's orders denying relief on his 42 U.S.C. § 1983 (1988) complaint and denying his motion for reconsideration. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Kelly v. Freeman, No. CA-95-816 (E.D. Va. Nov. 9 & Dec. 12, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED